UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Michael Salim<br><br><br><br>Debtor(s) | BK No.: 14-19600<br><br>Chapter: 13<br>Honorable Timothy A. Barnes |

## ORDER GRANTING DEBTOR(S)'
## MOTION FOR AUTHORITY TO SELL DEBTOR(S)' REAL ESTATE

1. Debtor(s) has filed a motion for authority to sell Debtor(s)' real estate and proper notice was provided.
2. Debtor(s) desire to accelerate Trustee payments by selling Debtor(s) real estate located at 714 S Dearborn St, Unit 6, Chicago, IL 60605 (hereinafter, the "Real Property").
3. Debtor(s) have executed a real estate agreement to sell the Real Property for $510,000 (hereinafter, "Gross Proceeds"). This contract is dated March 20, 2015 and was executed by Debtor(s) as seller(s) and George A. Searle as buyer(s) (hereinafter, the "Contract"). A copy of the Contract ~~was~~ is attached to ~~the motion.~~ The order.

IT IS HEREBY ORDERED THAT:
1. Debtor(s) are granted authority to sell the real property commonly known as 714 S Dearborn St, Unit 6, Chicago, IL 60605.
2. Gross Proceeds of $510,000 will be tendered directly to the title company/closing agent.
3. Gross Proceeds will be used to pay off all liens attached to the Real Property.
4. Second, Gross Proceeds will be used to pay all other closing costs.
5. Any proceeds remaining after deducting from Gross Proceeds the costs set forth in paragraphs 3 and 4 above (hereinafter, "Net Proceeds"), shall be tendered by the title company/closing agent directly to the Chapter 13 Trustee, c/o Chapter 13 Trustee Marshall, PO BOX 2031, Memphis, TN 38101.
6. Net proceeds shall be distributed by the Trustee to pay all allowed claims 100% of the claimed amount, and the plan is hereby so modified to pay all allowed claims in full, due to the $221,000 post petition appreciation in value of the real estate.
7. Both the Title Company/closing agent and the debtor's real estate attorney shall provide separate closing statements/HUD-1 statements to the Chapter 13 Trustee Marilyn O. Marshall at 224 S Michigan Ave., Suite 800, Chicago, IL 60604 within 7 calendar days of closing.

Enter:

Dated: 27 JUL 2015

United States Bankruptcy Judge

**Prepared by:**
Michael N. Oreluk
SCHALLER LAW FIRM, P.C.
Attorney for Debtor(s)
700 Commerce Drive, Suite 500

Rev: 20130104_bko

Oak Brook, IL  60523
630-655-1233

Rev: 20130104_bko